STATE of Missouri, Respondent,

v.

Jeffrey WEINHAUS, Appellant.

No. ED 100807

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: January 27, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied March 11, 2015

Application for Transfer Denied April 28, 2015

Amy M. Bartholow, Woodrail Centre, 1000 West Nifong Suite 100, Columbia, Missouri 65203, for Appellant.

Chris Koster, Shaun J. Mackelprang, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM

Jeffrey Weinhaus ("Appellant") appeals from a jury verdict finding him guilty of: possession of morphine and marijuana, in violation of Section 195.202, RSMo (2011); assault of a law enforcement officer in the first degree, in violation of Section 565.081; and armed criminal action, under Section 571.015 relative to Appellant's actions toward Sergeant Henry James Folsom. We have reviewed the briefs of the parties and

the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).